IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME J. METYK, ) | |
| ) | |
|     Plaintiff ) | |
|   v. ) | Case No. 1:10-cv-04789 |
| ) | |
| BELLE-AIRE FRAGRANCES, INC ) | |
| ) | |
|     Defendant. ) | |
| ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES, the Plaintiff, JEROME J. METYK, by and through his attorney, P. Ann O'Connell of ANN O'CONNELL LAW, Ltd., and moves this Court for Leave to File his Amended Complaint pursuant to F.R.C.P. 15(a)(2) and support thereof states as follows:

1. On June 17, 2010, Plaintiff filed a Verified Complaint, in the Circuit Court of Lake County, Illinois, ('Complaint') based on alleged violations of the Illinois Human Rights Act (Human Rights Act) 775 ILCS 5/2-102(A) (West 2010), specifically age discrimination. (See Attached Exhibit A.)

2. Paragraphs 22 and 23 of Plaintiff's Verified Complaint alleged jurisdiction and venue under Section 7A of the Human Rights Act, specifically pursuant to 775 ILCS 7A-102 (G). (See Attached Exhibit A Paragraphs 22 & 23).

3. On July 20, 2010, Defendants were served a copy of a summons and complaint.

4. On July 30, 2010, Defendant, Belle-Aire Fragrances, Inc. ("Defendant"), filed Notice of Removal in the United States District Court for the Northern District of Illinois, Eastern Division, based on original jurisdiction of this Court.

1

5. On August 6, 2010 after Removal from State to Federal Court, Defendants filed an Answer to the Complaint.

6. Plaintiffs have attached a proposed Amended Complaint to clarify any jurisdictional issues Defendants based their Removal of this Complaint. (See Attached Exhibit B).

7. Plaintiff has removed all references to any allegations of ADEA violations.

8. In relevant part, a party may amend its pleading on "the Court's leave." F.R.C.P. 15 (a)(2).

9. Further, "the Court should give leave when justice so requires." F.R.C.P. 15 (a)(2)

10. It would be just for this Court to allow Plaintiff to amend his Verified Complaint in order to clarify and to put the Defendants on notice that the allegations in his Verified Complaint are solely based upon laws promulgated by the Illinois Human Rights Act 775 ILCS 5/1-102 (West 2010).

**WHEREFORE** the Plaintiff, Jerome Metyk, prays this Honorable Court for an order granting Leave of this Court to file Plaintiff's Amended Complaint and for such other further relief as this Court deems just and reasonable.

**Dated: August 19, 2010**

Respectfully submitted:

/s/ P. Ann O'Connell

P. Ann O'Connell
Ann O'Connell Law, Ltd.
1218 West Northwest Highway
Palatine, IL 60067
(847) 934-5600 (phone)
(847) 934-5603 (facsimile)
Ann@LegalAdviceEsq.com

2